**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,                )        CR-10-00827-01-PHX-PGR
                                          )
                Plaintiff,                )
                                          )
vs.                                       )
                                          )
Adrian Santos-Nieto,                      )        **DETENTION  ORDER**
                                          )
                Defendant.                )
                                          )
_____  )

A detention hearing and a preliminary revocation hearing on the Superseding Petition on Supervised Release were held on November 24, 2010.

**THE  COURT  FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 29th day of November, 2010.

Lawrence O. Anderson
United States Magistrate Judge